IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DONNA CROFT; BOBBIE HICKMAN; and
BENJAMIN SUTTON                                                                          PLAINTIFFS

v.                              Case No. 3:12-CV-03102

PROTOMOTIVE, INC.; PROTOMOTIVE, LLC;
TODD KNIGHTON and CYNTHIA KNIGHTON,
Individually and as Owners/Managers of
Protomotive, Inc.                                                                        DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

Currently before the Court is the parties' joint motion (Doc. 54) to dismiss this case with prejudice.

It appearing to the Court that the matter has been settled, it is ORDERED that the parties' joint motion (Doc. 54) is GRANTED and the complaint herein is DISMISSED WITH PREJUDICE, subject to the terms of the settlement.

The Court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed, that the parties require Court intervention in an unanticipated dispute regarding the settlement, and/or that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 10th day of December, 2013.

/s/P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE